70 P.3d 646

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Rogers v. Minoo ................................. 24146 | 05/20/2003 | Affirmed | |
| State v. St. Clair ................ 25281 | 05/22/2003 | Denied | 101 Hawai'i 280, 67 P.3d 779 |
| State v. Hanaoka ................ 23377 | 06/04/2001 | Granted | 97 Hawai'i 32, 32 P.3d 1106 |
| Lum v. Donohue; Grace v. Donohue ......................... 24106, 24418 | 06/02/2003 | Granted | |